UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R.,<br><br>                  Plaintiff,<br><br>       v.<br><br>MARTIN J. O'MALLEY,<br><br>Commissioner of Social Security,<br><br>                  Defendant. | Case No. 5:23-cv-00432-SB-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Report.

DATED: March 4, 2024

HONORABLE STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE

2