JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R., | Case No. 5:23-cv-00432-SB-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Report.

DATED: March 4, 2024

HONORABLE STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE